UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 |

PH: (800) 328-7171

Case Number: 21cv543
Date Filed: 02/02/2021
Court Date:

Sungchan Song, et al

*Plaintiff*

vs

Kensington International, Inc., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**AFFIDAVIT OF SERVICE**

Mohammed Al-Atrash, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 2/17/2021, at 11:32 AM at 7014 13th Avenue, Suite 202, Brooklyn, NY 11228, Deponent served the within Summons and Complaint; Civil Cover Sheet, with the Index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: Kensington International, Inc., c/o United States Corporation Agents, Inc., therein named, (hereinafter referred to as "subject").

By delivering to and leaving with Lisa Knight said individual to be Authorized by the Director to Accept Service who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. A description of Lisa Knight is as follows:

Sex: Female   Color of skin: Brown   Color of hair: Black   Age: 55
Height: 5' 4" - 5' 8"   Weight: 131-160 Lbs.   Other :

Sworn to before me on March 5, 2021

ANGELA MARINOS
Notary Public, State of New York
No. 01MA4843568
Qualified in Kings County
Commission Expires June 30, 2023

Client's File No.: 158938-0001

Process Server, Please Sign
Mohammed Al-Atrash

Lic# 2094622-DCA
Job #: 2001428

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL., LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439

PH: (800) 328-7171

Case Number: 21cv543
Date Filed: 02/02/2021
Court Date:

Sungchan Song, et al

*Plaintiff*

vs

Kensington International, Inc., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF KINGS, SS.:

**AFFIDAVIT OF SERVICE**

Mohammed Al-Atrash, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on 2/8/2021, at 10:13 AM at 1305 East 46th Street, Brooklyn, NY 11234-2001, Deponent served the within Summons and Complaint; Civil Cover Sheet, with the Index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: John Golin, therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Ms.katyana (Co-Tennant), a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of Ms.katyana is as follows:

Sex: Female    Color of skin: Black    Color of hair: Black    Age: 35
Height: 5' 4" - 5' 8"    Weight: 131-160 Lbs.    Other:

On **February 9, 2021**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on March 5, 2021

_Angel Marinos_

ANGELA MARINOS
Notary Public, State of New York
No. 01MA4843568
Qualified in Kings County
Commission Expires June 30, 2022

Client's File No.: 158938-0002

Process Server, Please Sign
Mohammed Al-Atrash

Lic# 2094622-DCA
Job #: 2001426

Sungchan Song, et. al., Plaintiff(s)
vs.
Kensington International, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 158938-0006

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Eyan Edwards
Court Case No. 21cv543

GLANCY, PRONGAY, ET AL
Mr. Paul Harrigan
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

State of: Florida ) ss.
County of: Miami-Dade )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of February, 2021, at 11:54 o'clock A M

Place of Service: at 1480 NW North River Drive - Apt 1807, in Miami, FL 33125-2876

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Civil Cover Sheet**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Eyan Edwards

Person Served, and Method of Service:
☒ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
Eyan Edwards
at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M; Skin Color Black; Hair Color Bald; Facial Hair Yes
Approx. Age 40; Approx. Height 5'11; Approx. Weight 200

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 17 day of February, 2021

11/03/2024 (Commission Expires)
Notary Public

Signature of Server
**APS International, Ltd.**

EDDY MENDOZA
Notary Public - State of Florida
Commission # HH 060173
My Comm. Expires Nov 3, 2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439 |
PH: (800) 328-7171

Case Number: 21cv543
Date Filed: 02/02/2021
Court Date:

Sungchan Song, et al

*Plaintiff*

vs

Kensington International, Inc., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:

**AFFIDAVIT OF SERVICE**

Mohammed Al-Atrash, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/8/2021**, at **10:13 AM** at **1305 East 46th Street, Brooklyn, NY 11234-2001**, Deponent served the within Summons and Complaint; Civil Cover Sheet, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Rhinae Hernandez**, therein named, (hereinafter referred to as "subject").

By delivering thereat a true copy of each to **Ms.katyana (Co-Tennant), a person of suitable age and discretion.**

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **Ms.katyana** is as follows:

**Sex:** Female   **Color of skin:** Black   **Color of hair:** Black   **Age:** 35
**Height:** 5' 4" - 5' 8"   **Weight:** 131-160 Lbs.   **Other:**

On **February 9, 2021**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on March 5, 2021

_Angel Marinos_

ANGELA MARINOS
Notary Public, State of New York
No. 01MA4843568
Qualified in Kings County
Commission Expires June 30, 2022

Client's File No.: 158938-0002

Process Server, Please Sign
Mohammed Al-Atrash

Lic# 2094622-DCA
Job #: 2001427

*PROFESSIONAL PROCESS SERVERS OF NY, LLC, 130 1ST AVENUE, KINGS PARK, NY 11754 - 2096454-DCA*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ATTORNEY(S) CIVIL ACTION GROUP DBA APS INTERNATIONAL, LTD
7800 GLENROY ROAD MINNEAPOLIS, MN 55439

PH: (800) 328-7171

Case Number: 21cv543
Date Filed: 02/02/2021
Court Date:

Sungchan Song, et al

*Plaintiff*

vs

Kensington International, Inc., et al

*Defendant*

STATE OF NEW YORK, COUNTY OF RICHMOND, SS.:

## AFFIDAVIT OF SERVICE

Joseph Donovan, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/9/2021**, at **12:07 PM** at **1 Maiden Lane, 5th Floor, New York, NY 10038**, Deponent served the within **Summons and Complaint; Civil Cover Sheet**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **The Business Byers Club, LLC c/o Spiegel & Utrera PA PC**, therein named, ( hereinafter referred to as "subject")

By delivering to and leaving with **Omoti Musa-Agboneni** said individual to be **Attorney for Defendant** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity. A description of Omoti Musa-Agboneni is as follows:

**Sex:** Female   **Color of skin:** Black   **Color of hair:** Black   **Age:** 40
**Height:** 5' 4" - 5' 8"   **Weight:** 131-160 Lbs.   **Other:**

Sworn to before me on **February 13, 2021**

TARA DONOVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DO6210234
Qualified in Richmond County
My Commission Expires 08-10-2021

Client's File No.: 158938-0003

Process Server Please Sign
Joseph Donovan
Lic# 1292936-DCA
Job #: 2001425

*Professional Process Servers of NY, LLC, 130 1st Avenue, Kings Park, NY 11754 - 2096454-DCA*

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On March 16, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 16, 2021, at Los Angeles, California.

*s/ Joshua L. Crowell*  
Joshua L. Crowell