# EXHIBIT A

{01119650.DOCX;1 }

**May 17: We requested PM legal to serve Burke McFarland following addresses:**

- 170 N. Posey Hill Road
- 978 Gladeville Road

**May 24-25: Update from PM Legal**

- 170 N. Posey Hill Road
    - Attempt 1: (5/19 @ 4:07pm) – No answer; no one home but looks occupied
    - Attempt 2: (5/21 @ 6:11pm) – No answer
    - Attempt 3: (5/24 @ 5:30pm – No answer, no vehicles, no lights and just the "H" doormat still there from previous attempt
- 978 Gladeville Road
    - Attempt 1: 5/19 at 4:42pm - no answer, no vehicles and no sound.
    - Attempt 2: 5/24 at 5:45pm - no answer, someone is coming and going because the windows are open. At the address, (2) homes are at the property, but no movement and no vehicles.

**May 25: Advised PM Legal to run a Skip Search on Burke McFarland**

**May 25: The search result showed that McFarland's last known address is 30 Crestview CT, Hartsville TN 37074 (2/19/19-5/25/2021)**

**May 27: Redirected PM legal to attempt service at 30 Crestview**

**June 1: Update from PM legal**

- 30 Crestview CT
    - Server attempted service at 6:05 PM on 06/01/21.  Burke McFarland no longer resides at the residence.  Property was sold in January 2021 and the Ingram family now resides there.  Mr. Ingram had no knowledge of the whereabouts of Burke McFarland. Server will hold documents until further instructed in case you find him somewhere else in the area.

**June 7: Advised PM legal to complete attempts and if no answer nail and mail**

**June 14: Update from PM legal**

- 170 N posey Hill Road
    - 6/9 @ 6:16 server spoke to the current owners who stated target was previous owner but sold 5 years ago and they do not know where target went
- 978 Gladeville Road
    - 6/9 @ 6:36; as per mother target no longer lives there, said he still lives in TN but states she does not know his address mother did take server's information and said she would give it to her son.

**June 14: Advised PM legal to post papers**

**June 16:**

- 170 N. Posey Hill
    - Posted papers on June 15 at 4:23
- 978 Gladeville Road
    - Server left papers on deck on 6/14 at 4:16pm since current occupant did not allow the server to post on the door.

**June 24:** Received Affidavit of Service/Attempt

**June 24:** Discussion with ATL; research more on whereabouts of McFarland:

FARAH NOTES: Ran Smartlinx search report on McFarland: Ran searches on 30 Crestview CT.

Found that McFarland has Maize Capital LLC listed as a possible Employment at 1922 Ashburn CT: The same address (1922 Ashburn CT) came up in the Automated Valuation Models Report (report of 30 Crestview CT). Discussion with ATL to redirect servers to attempt 1922 Ashburn.

Email to PM legal to attempt new address

**July 1:** Servers attempted service attempted on 6/28 at 4:34pm and 6/29 at 6:19pm. As per the server, target hasn't lived there for 3 yrs. now and last she heard was that 'Burke Mcfarland is in jail in Wilson county.

**July 6:** Discussion with ATL re: new info

**July 7:** Tel call to Wilson County to locate McFarland: no inmate with such inmate; the office said sometimes people confuse Wilson County will Williamson County; called Williamson county and no such inmate on their system

**July 7:** Discussion with ATL; and tried to research possible addresses for the wife

**July 8:** Ran Smartlinx search for the property (30 Crestview); Burke McFarland and Camille Minor McFarland are listed as previous owners: obtained smartlinx report on Camille Minor McFarland;  the address listed in 30 crestview ct (only address); No new address or connection found: discussion with ATL re: above