UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Sungchan Song, Hanna Song, Karen Lucas-Barros, and Aseo Jo,

        Plaintiffs,

    -against-

Kensington International, Inc., John Gelin, Eyan Edwards, Rhina Hernandez, and The Business Buyers Club, LLC,

        Defendants.
-----------------------------------------------------X

No. 1:21-cv-00543-ENV-TAM

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Declaration of Jeffrey Benjamin, Esq. dated May 3, 2022, the Affidavit of Jigar Patel dated April 29, 2022 and the exhibit annexed hereto, and upon the accompanying Memorandum of Law in Support, the Proposed Intervenor Plaintiff Jigar Patel by his attorneys, The Linden Law Group, P.C., will move this Court, before the Honorable Eric N. Vitaliano, United States District Judge, in the Eastern District of New York, at a date and time designated by the Court, for an Order granting Proposed Intervenor Jigar Patel's motion, pursuant to Rule 24 of the Federal Rules of Civil Procedure, permitting Jigar Patel to intervene as additional Plaintiff, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
       May 3, 2022

                                    THE LINDEN LAW GROUP, P.C.

                                    *Jeffrey Benjamin*

                                    Jeffrey Benjamin, Esq.
                                    Attorneys for Proposed Intervenor