# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sungchan Song, Hanna Song, Karen Lucas-Barros, and Aseo Jo,<br><br>                                   Plaintiffs,<br><br>vs.<br><br>Kensington International, Inc., John Gelin, Eyan Edwards, Rhina Hernandez, and The Business Buyers Club, LLC,<br><br>                                   Defendants. | Case No. 1:21-cv-00543-HG-TAM<br><br>**JOINT STATUS REPORT** |
| Eyan Edwards,<br><br>         Cross-Claim/Third-Party Plaintiff,<br><br>vs.<br><br>Kensington International, Inc., John Gelin, Rhina Hernandez, The Business Buyers Club, LLC, and Burke McFarland,<br><br>         Cross-Claim/Third-Party Defendants. | |

In accordance with the Court's order of September 13, 2022, plaintiffs Sungchan Song, Hanna Song, Karen Lucas-Barros, and Aseo Jo ("Plaintiffs") and defendant Eyan Edwards (together, the "Parties") submit this joint status report on the status of fact discovery.

**I.     Status of Fact Discovery**

The Parties certify the close of fact discovery in this case. They will now begin to engage in settlement discussions to resolve Plaintiffs' claims against Mr. Edwards.

Dated:  September 23, 2022                    CROWELL LAW FIRM

By: */s/ Joshua L. Crowell*
Joshua L. Crowell (JC-0914)
742 South Hill St. Suite 802
Los Angeles, California 90014
(213) 275-1432
info@jlcrowell.com

*Counsel for Plaintiffs*


Dated:  September 23, 2022                    LEECH TISHMAN ROBINSON BROG PLLC


By: */s/ Michael E. Greene*
Michael E. Greene
875 Third Avenue, 9th Floor
New York, New York 10022
(212) 603-6300
mgreene@leechtishman.com

*Counsel for Eyan Edwards*

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On September 23, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2022, at Los Angeles, California.


                                            *s/ Joshua L. Crowell*
                                            Joshua L. Crowell