# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sungchan Song, Hanna Song, Karen Lucas-Barros, and Aseo Jo,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>Kensington International, Inc., John Gelin, Eyan Edwards, Rhina Hernandez, and The Business Buyers Club, LLC,<br><br>　　　　　　　　　　　　Defendants. | Case No. 1:21-cv-00543-HG-TAM<br><br>**REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:　　BRENNA B. MAHONEY
　　　　UNITED STATES DISTRICT COURT
　　　　EASTERN DISTRICT OF NEW YORK

Please enter the default of defendants Kensington International, Inc., John Gelin, Rhina Hernandez, and The Business Buyers Club, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Declaration of Joshua L. Crowell in Support of Request for Certificate of Default.

Dated:  April 11, 2023　　　　　　　　　　　CROWELL LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua L. Crowell*
　　　　　　　　　　　　　　　　　　　　　　　Joshua L. Crowell (JC-0914)
　　　　　　　　　　　　　　　　　　　　742 South Hill St. Suite 802
　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90014
　　　　　　　　　　　　　　　　　　　　　　　(213) 275-1432
　　　　　　　　　　　　　　　　　　　　　　　info@jlcrowell.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

1