UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sungchan Song, Hanna Song, Karen Lucas-Barros, and Aseo Jo,<br><br>         Plaintiffs,<br><br> vs.<br><br>Kensington International, Inc., John Gelin, Eyan Edwards, Rhina Hernandez, and The Business Buyers Club, LLC,<br><br>         Defendants. | Case No. 1:21-cv-00543-HG-TAM<br><br>**CERTIFICATE OF DEFAULT** |

  I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that defendants Kensington International, Inc., John Gelin, Rhina Hernandez, and The Business Buyers Club, LLC have not filed an answer or otherwise moved with respect to the complaint herein. The default of these defendants is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    April 17, 2023

                BRENNA B. MAHONEY, Clerk of Court

                By: *Jalitza Poveda*
                Deputy Clerk