```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SUNGCHAN SONG, HANNA SONG,
KAREN LUCAS-BARROS, and ASEA JO,

                    Plaintiffs,                JUDGMENT
         v.                                    21-CV-543 (HG) (TAM)

KENSINGTON INTERNATIONAL, INC.,
JOHN GELIN, EYAN EDWARDS,
RHINA HERNANDEZ, and THE
BUSINESS BUYERS CLUB, LLC,

                    Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on February 13, 2024, adopting the Report and Recommendation of Magistrate Taryn A. Merkl, dated January 29, 2024, dismissing (i) all of Plaintiffs Sungchan Song and Karen Lucas-Barros' claims other than their breach of contract claims against Defendants Kensington International, Inc., and John Gelin; (ii) Plaintiff Aseo Jo's claims, without prejudice, for lack of subject matter jurisdiction; (iii) all claims against Defendant The Business Buyers Club, LLC, without prejudice, due to insufficient allegations as to citizenship; (iv) Plaintiff Hanna Song's breach of contract claim, as withdrawn; and (v) Plaintiffs' breach of contract claim against Defendant Rhina Hernandez, as withdrawn; granting Plaintiffs Sungchan Song and Karen Lucas-Barros' motion for default judgment, see ECF Nos. 41 , 42 , as to their breach of contract claims against Defendants Kensington International, Inc., and John Gelin; finding Defendants Kensington International, Inc., and John Gelin jointly and severally liable to Plaintiffs Sungchan Song and Karen Lucas-Barros for: (i) $355,380 in damages to Plaintiff Sungchan Song; (ii) $217,420 in damages to Plaintiff Karen Lucas-Barros; (iii) pre-judgment interest on Plaintiffs' damages at a per-diem rate of (a) $87.63 from November 16, 2018, to the date of final judgment,

for Plaintiff Sungchan Song, and (b) $53.62 from December 19, 2018, to the date of final judgment, for Plaintiff Karen Lucas-Barros; and (iv) post-judgment interest to be calculated by the Clerk of Court at the rate provided in 28 U.S.C. § 1961(a); and the Clerk of Court having calculated the prejudgment interests at the rates set forth above and the interests being $167,986.71 (Plaintiff Sungchan Song) and $101,020.08 (Karen Lucas-Barros); it is

ORDERED and ADJUDGED that all of Plaintiffs Sungchan Song and Karen Lucas-Barros' claims other than their breach of contract claims against Defendants Kensington International, Inc., and John Gelin are dismissed; that Plaintiff Aseo Jo's claims are dismissed without prejudice, for lack of subject matter jurisdiction; that all claims against Defendant The Business Buyers Club, LLC, are dismissed without prejudice; that Plaintiff Hanna Song's breach of contract claim is dismissed as withdrawn; it is further

ORDERED and ADJUDGED that Plaintiffs Sungchan Song and Karen Lucas-Barros' motion for default judgment is granted as to their breach of contract claims against Defendants Kensington International, Inc., and John Gelin; that Defendants Kensington International, Inc., and John Gelin are jointly and severally liable to Plaintiffs Sungchan Song and Karen Lucas-Barros in the total amount of $841,806.79 ($523,366.71 for Sungchan Song and $318,440.08 for Karen Lucas-Barros plus post-judgment interest to be calculated at the rate provided in 28 U.S.C. § 1961(a).

Dated: Brooklyn, New York  
       February 15, 2024

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
       Deputy Clerk